NUMBER
13-05-518-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JOHN H. WILSHUSEN,                                                                     Appellant,

 

                                                             v.

 

ROWLAND
FIBERGLASS, INC., ET AL.,                                        Appellees.

____________________________________________________________

 

                             On
appeal from the 156th District Court

                                    of
San Patricio County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                      Before
Justices Rodriguez, Castillo, and Garza

                                 Memorandum
Opinion Per Curiam

 

Appellant, JOHN H. WILSHUSEN, perfected an appeal from a judgment entered by
the 156th District Court of San Patricio County,
Texas, in cause number S-05-5428CV-B.  No clerk=s record has been filed due to appellant=s failure to pay or make arrangements to pay the
clerk=s fee for preparing the clerk=s record.  








If the trial
court clerk fails to file the clerk=s record because the appellant failed to pay or make
arrangements to pay the clerk=s fee for preparing the clerk=s record, the appellate court may dismiss the appeal
for want of prosecution unless the appellant is entitled to proceed without
payment of costs.  Tex. R. App. P. 37.3(b).

On September
7, 2005, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 37.3(b).  Appellant was given ten days to explain why
the cause should not be dismissed.  To
date, no response has been received from appellant. 

The Court, having
examined and fully considered the documents on file, appellant=s failure to pay or make arrangements to pay the
clerk=s fee for preparing the clerk=s record, 
this Court=s notice, and appellant=s failure to respond, is of the opinion that the
appeal should be dismissed for want of prosecution. The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 1st day of December, 2005.